## WILLIAMS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 108, September Term, 1963.]

*Decided January 30, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons set forth in the memorandum and order of Judge Cullen in the lower court, the application for leave to appeal is denied.

*Application denied.*